observed the two inside blue lights burning at that time, what would it indicate as to the outside red tail lights?''

This question was objected to upon the grounds, first: ''The condition of the bus at the time of the wreck has not been shown; second: If a fuse is out of the bulb it is out; and third, the proper predicate has not been laid.'' The objection was sustained. The sustaining of this objection was error because there was a conflict in the testimony as to whether or not the red tail lights were burning and any evidence from which it could be reasonably deduced either that the red tail lights were burning or that they were not burning was admissible.

For the reasons stated, the judgment should be reversed and it is so ordered.

Reversed.

WHITFIELD AND DAVIS, J.J., concur.

ELLIS, TERRELL AND BROWN, concur in the conclusion.

O. C. JOHNSON, as Liquidator of the Commercial Bank of St. Augustine, *Plaintiff in Error*, vs. A. Z. DRYSDALE and H. L. CAPO, *Defendants in Error.*

140 So. 466.

Division B.

Decision filed March 28, 1932.

*M. L. Stephens,* for Plaintiff in Error;

*H. A. Henderson,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said

judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be and the same is hereby affirmed.

WHITFIELD, P.J., AND TERRELL AND DAVIS, J.J., concur.

W. M. DAVIDSON, *Plaintiff in Error*, vs. HENRY R. BEZANT, *Defendant in Error*.
140 So. 462.
Division B.
Decision filed March 28, 1932.

*Hampton & Greene*, and *Zach H. Douglas*, for Plaintiff in Error;

*W. E. Smith*, for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be and the same is hereby affirmed.

WHITFIELD, P.J., AND TERRELL AND DAVIS, J.J., concur.

HENRY HUNT, *Appellant*, vs. R. B. GAUTIER, HARRY PLATT, J. E. LUMMUS, C. H. REEDER, and J. C. KNIGHT, as Commissioners, *Appellees*.
140 So. 463.
Division B.
Decision filed March 28, 1932.